# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 4, 2026

Lyle W. Cayce
Clerk

No. 26-30249

In re Jeffrey M. Landry, *Governor, State of Louisiana*; Nancy Landry, *In her Official Capacity as Louisiana Secretary of State*; Elizabeth B. Murrill, *Attorney General, State of Louisiana*,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Middle District of Louisiana
USDC No. 3:26-CV-460

UNPUBLISHED ORDER

ORDER:

IT IS ORDERED that the petition for writ of mandamus is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that Petitioners' motion for immediate administrative stay of the order is GRANTED.

No. 26-30249

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT